as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

**No. 62051.**—Schlumberger Well Surveying Corp. *v.* United States, protests 279771–K, 292480–K, and 292487–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles similar to articles of cellulose acetate, the claim of the plaintiff was sustained.

**No. 62052.**—American Leather Specialties Corp. *v.* United States, protest 328620–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiff was sustained.

**No. 62053.**—Stern & Stern Textiles, Inc. *v.* United States, protests 205397–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62054.**—E. C. Carter & Son, Inc. *v.* United States, protests 312838–K, 319308–K, and 324075–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject

of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62055.**—W. H. Schaefer, Inc. *v.* United States, protests 283652–K and 287002–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 62056.**—Twin Textiles Co. *v.* United States, protests 192067–K and 227367–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 5, 1958

**No. 62057.**—United China & Glass Co. *v.* United States, protest 316190–K/14979 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise is not an entirety, that the tile portion consists of an article,